| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 4:03CR00824-002-TUC-JMR |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 1:05CR23-001-MMP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: DAVID AARON FRANK 4130 N. W. Alpine Drive Gainesville, FL 32605 | DISTRICT District Of Arizona | DIVISION Tucson |
|---|---|---|
| | NAME OF SENTENCING JUDGE John M. Roll | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/25/04 · TO 6/24/07 |

OFFENSE

Transportation of Illegal Aliens, in violation of 8 USC 1324(a)(1)(A)(ii) and (a)(1)(B)(i)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-21-05
*Date*

John M. Roll
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Florida

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 14, 2005
*Effective Date*

United States District Judge